No. 81–460. MIDDLESEX COUNTY ETHICS COMMITTEE *v.* GARDEN STATE BAR ASSN. ET AL. C. A. 3d Cir. [Certiorari granted, 454 U. S. 962.] Motions of American Civil Liberties Union, NAACP Legal Defense and Educational Fund, Inc., et al., and National Alliance Against Racist and Political Repression for leave to file briefs as *amici curiae* granted. Motion of respondents to dismiss the writ of certiorari as improvidently granted denied.

No. 81–535. UNITED STATES DEPARTMENT OF STATE ET AL. *v.* WASHINGTON POST CO. C. A. D. C. Cir. [Certiorari granted, 454 U. S. 1030.] Motion of respondent to dismiss the writ of certiorari as improvidently granted denied.

No. 81–837. CITY OF INDIANOLA, MISSISSIPPI, ET AL. *v.* DOTSON ET AL. D. C. N. D. Miss.;

No. 81–839. SKLAR ET AL. *v.* SHORES, EXECUTOR. C. A. 5th Cir.;

No. 81–982. FIRST NATIONAL BANK OF BOSTON (INTERNATIONAL) *v.* BANCO NACIONAL DE CUBA. C. A. 2d Cir.;

No. 81–984. FIRST NATIONAL CITY BANK *v.* BANCO PARA EL COMERCIO EXTERIOR DE CUBA. C. A. 2d Cir.; and

No. 81–1097. JOHNSON ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL. C. A. 7th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 81–920. VERLINDEN B. V. *v.* CENTRAL BANK OF NIGERIA. C. A. 2d Cir. [Certiorari granted, 454 U. S. 1140.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 81–969. WASHINGTON ET AL. *v.* UNITED STATES. C. A. 9th Cir. Motion of Multistate Tax Commission for leave to file a brief as *amicus curiae* granted.

No. 81–5976. IN RE BALLA. Petition for writ of habeas corpus denied.